**MEMO ENDORSED**



# COHEN WEISS AND SIMON LLP

**Michael S. Adler, Partner**
Tel: 212.356.0251
Fax: 646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

April 12, 2021

<u>Via Electronic Case Filing</u>

Honorable Kenneth M. Karas
USDC Southern District of New York
The Hon. Charles L. Brieant Jr.
 Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *Teamsters Local 456 Funds v. Lumia <u>Leasing, et al.,</u>* Case No. 7:20-cv-02420 (KMK)

Dear Judge Karas:

    We represent plaintiffs in the above referenced action.

    We write, after consult with counsel for defendants, because of the bankruptcy filing referenced in defense counsel's April 11, 2021 Notice of Bankruptcy. Docket No. 45.

    After consult between the parties, given that all three defendants/counter-plaintiffs filed for bankruptcy protection under Chapter 7 of the Bankruptcy Code, the parties agree that a stay on all claims and defenses in this case should be in place.

    Accordingly, the parties request that the Court deem the entire case stayed, pending resolution of the bankruptcy matter.

    To that extent, subject to the Court's consent, the parties have agreed to stay depositions and document production scheduled to take place over the coming couple of weeks, amongst other case related matters anticipated to take place over the coming couple of months.

    Should the Court desire, we are prepared to file status reports every forty-five (45) days to keep the Court informed as to the status of the bankruptcy proceeding. Of course, we will alert the Court of any major bankruptcy developments as soon as possible after they occur.

9609098.1

Case 7:20-cv-02420-KMK-PED   Document 46   Filed 04/12/21   Page 2 of 2



Hon. Kenneth M. Karas
USDC Southern District of New York
April 12, 2021
Page 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

cc: Karin Arrospide, Esq. (via ECF)

Granted. The Parties are to provide written updates on the case every 45 days.

So Ordered.

4/12/21